FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 08, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ALBERT JAMES REEVES, III,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

No. 2:26-cv-286-EFS

**ORDER DISMISSING PETITION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS**

On July 8, 2026, Petitioner Albert James Reeves, III, an individual currently incarcerated at the Washington State Penitentiary, filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.[1] He did not pay the filing fee for this

[1] ECF No. 1.

action or properly seek leave to proceed *in forma pauperis.*[2]

On August 5, 2026, the Court instructed Petitioner to comply with Rule 3(a)(2), Rules Governing Section 2254 Cases in the United States District Courts (Habeas Rule 3(a)(2)), which requires "a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution."[3] Specifically, Petitioner was to submit a completed Application to Proceed Without Prepayment of Fees and Affidavit with the "Certificate" portion properly filled out by an authorized officer at his incarcerating facility within thirty (30) days.[4]

In the alternative, Petitioner could have paid the $5.00 filing fee to the Clerk's Office. The Court cautioned Petitioner that the failure to do either by September 4, 2026, would be construed as his consent to

[2] ECF Nos. 2 and 4.

[3] ECF No. 4.

[4] *Id.* at 3.

the dismissal of this action.[5] To date, Petitioner has neither paid the filing fee nor submitted an application to proceed *in forma pauperis* as directed.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Petition, **ECF No. 1,** is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee or *in forma pauperis* requirements set forth in Habeas Rule 3(a).

2. The Court certifies that any appeal from this decision could not be taken in good faith and there is no basis upon which to issue a Certificate of Appealability. *See* 28 U.S.C. §§ 1915(a)(3) and 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED. The Clerk's Office is directed to file this order, enter judgment, provide copies to Petitioner, and **CLOSE** the file.

DATED this 8th day of September 2026.

*Edward F. Shea*

EDWARD F. SHEA
Senior United States District Judge

---

[5] *Id.* at 4.